# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **Andres Garza,** | ) | |
|     **Plaintiff,** | ) | |
|     v. | ) | Case No. 17-cv-06334 |
| **Illinois Institute of Technology,** | ) | |
|     **Defendant.** | ) | Hon. Virginia M. Kendall |

## DEFENDANT ILLINOIS INSTITUTE OF TECHNOLOGY'S
## MOTION TO DISMISS PLAINTIFF ANDRES GARZA'S COMPLAINT

Defendant Illinois Institute of Technology, by and through its attorneys, William T. "Toby" Eveland, Gillian A. Cooper, and Kellie Y. Chen of the law firm of Saul Ewing Arnstein & Lehr LLP, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed by Plaintiff, Andres Garza. Contemporaneously herewith, Defendant has filed a Memorandum of Law in Support of this Motion.

WHEREFORE, for the reasons set forth in Defendant's contemporaneously filed Memorandum of Law, Defendant respectfully requests that the Court dismiss Plaintiff's Complaint and grant Defendant such other and further relief as it deems just and proper under the law.

Dated: September 26, 2017          Respectfully submitted,

                                                           **ILLINOIS INSTITUTE OF TECHNOLOGY**

                                                           By: */s/ William T. "Toby" Eveland*
                                                           William T. "Toby" Eveland (6284790)
                                                           Gillian A. Cooper (*pro hac vice*)
                                                           Kellie Y. Chen (6320432)
                                                           SAUL EWING ARNSTEIN & LEHR LLP
                                                           161 N. Clark, Suite 4200
                                                           Chicago, IL 60601
                                                           (312) 876-7100
                                                           toby.eveland@saul.com
                                                           gillian.cooper@saul.com
                                                           kellie.chen@saul.com